IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE SEARCH WARRANT APPLICATION | ) | **UNDER SEAL** |
| | ) | No. 3:19MJ1578(RMS) |

December 31, 2019

## MOTION TO UNSEAL

The United States of America, by Jocelyn Courtney Kaoutzanis, Assistant United States Attorney, moves the Court for an order unsealing the Applications for Search Warrants (including supporting Affidavit), Search Warrants, all attachments thereto, Application and Order for Pen Register and Trap and Trace Device, this Motion to Seal, and the proposed Order to Seal (all dated November 8, 2019).  The United States files this motion because the information contained in these papers can now be disclosed.  The case has progressed, much of the investigation has been made public and targets have been arrested.

WHEREFORE, the United States respectfully requests, that this matter be unsealed.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ Jocelyn Courtney Kaoutzanis*
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510
Tel: (203) 821-3756
Federal Bar No. CT30426

The foregoing motion is hereby GRANTED/DENIED.  Government counsel has explained why sealing is no longer necessary and why the papers can be unsealed

SO ORDERED.

_____      _____
ROBERT M. SPECTOR                                          DATE
UNITED STATES MAGISTRATE JUDGE